## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08 C 1217

MICHAEL LAUGHLIN and NICOLE LAUGHLIN
    -vs-
BORDWOK ENTERPRISES, LLC, a Georgia
limited liability company, and DANIEL LUCAS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BORDWOK ENTERPRISES, LLC, a Georgia limited liability company, and DANIEL LUCAS

| | |
|---|---|
| NAME (Type or print) <br> Martin B. Carroll | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Martin B. Carroll | |
| FIRM <br> Fox, Hefter, Swibel, Levin & Carroll, LLP | |
| STREET ADDRESS <br> 200 West Madison Street | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6200977 | TELEPHONE NUMBER <br> (312) 224-1200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |