## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                   Case Number: 08 C 1217

MICHAEL LAUGHLIN and NICOLE LAUGHLIN
    -vs-
BORDWOK ENTERPRISES, LLC, a Georgia
limited liability company, and DANIEL LUCAS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BORDWOK ENTERPRISES, LLC, a Georgia limited liability company, and DANIEL LUCAS

| | |
|---|---|
| NAME (Type or print)<br>Josh Goldberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Josh Goldberg | |
| FIRM<br>Fox, Hefter, Swibel, Levin & Carroll, LLP | |
| STREET ADDRESS<br>200 West Madison Street | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277541 | TELEPHONE NUMBER<br>(312) 224-1200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☑    NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |