IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LAUGHLIN and NICOLE LAUGHLIN, <br><br> Plaintiffs, <br><br> vs. <br><br> BORDWOK ENTERPRISES, LLC, a Georgia limited liability company, and DANIEL LUCAS, <br><br> Defendant. | Case No. 08 C 1217 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Cox |

## NOTICE OF MOTION

To: John S. Letchinger
Martin D. Snyder
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on **April 17, 2008**, at **9:00 a.m.**, I shall appear before the Honorable Samuel Der-Yeghiayan in Room 1903 of the United States District Court, Northern District of Illinois, Eastern Division, and shall then and there present **Defendants' Motion to Dismiss**, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Judge's Local Rules.

Respectfully submitted,

/s/Martin B. Carroll

Martin B. Carroll
**Fox, Hefter, Swibel, Levin & Carroll, LLP**
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
(312) 224-1200

William V. Hearnburg, Jr.
**Smith, Gambrell & Russell, LLP**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 815-3679

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals listed above via ECF electronic delivery.

/s/ Martin B. Carroll