**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Michael Laughlin, et al.
                          Plaintiff,

v.                                              Case No.: 1:08−cv−01217
                                                          Honorable Samuel Der−Yeghiayan

Bordwok Enterprises, LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Plaintiffs having filed an amended complaint on 04/16/08, Defendants' motion to dismiss[10] is denied as moot without prejudice. As stated on the record, Defendants are given until 05/09/08 to answer or otherwise plead to Plaintiffs' amended complaint. Should the Defendants move to dismiss any part of the amended complaint, Plaintiffs are given until 05/23/08 to file their response and Defendants are given until 05/30/08 to file their reply. Status hearing reset to 06/25/08 at 9:00 a.m. Status hearing set for 05/01/08 is stricken. Parties are reminded, that the Court's Joint Initial Status Report and Joint Jurisdictional Status report shall be filed by at least four business days prior to the 06/25/08 status hearing. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.