IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LAUGHLIN and<br>NICOLE LAUGHLIN,<br><br>  Plaintiffs,<br><br>v.<br><br>BORDWOK ENTERPRISES, LLC,<br>A Georgia limited liability company, and<br>DANIEL LUCAS,<br><br>  Defendants. | No. 08 C 1217<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Cox |

## NOTICE OF FILING

To: John S. Letchinger
Martin D. Snyder
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229

**PLEASE TAKE NOTICE** that on **May 9, 2008**, I caused to be filed *electronically,* **Defendants' Motion to Dismiss Count I of Plaintiffs' First Amended Complaint**.

Respectfully submitted,

/s/ Martin B. Carroll

Martin B. Carroll
Josh Goldberg
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
321 North Clark Street, Suite 3300
Chicago, Illinois 60610
(312) 224-1200

William V. Hearnburg, Jr.
**SMITH, GAMBRELL & RUSSELL, LLP**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 815-3679

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2008 I caused a true and correct copy of **Defendants' Motion to Dismiss Count I of Plaintiffs' First Amended Complaint** to be served upon the attorneys listed above via ECF electronic delivery

/s/ Martin B. Carroll

Martin B. Carroll
Josh Goldberg
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
321 North Clark Street, Suite 3300
Chicago, IL  60610
(312)  224-1200

William V. Hearnburg, Jr.
**SMITH, GAMBRELL & RUSSELL, LLP**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309
(404) 815-3679