IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL LAUGHLIN and<br>NICOLE LAUGHLIN,<br><br>    Plaintiffs,<br><br>v.<br><br>BORDWOK ENTERPRISES, LLC,<br>A Georgia limited liability company, and<br>DANIEL LUCAS,<br><br>    Defendants. | No. 08 C 1217<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Cox |

### NOTICE OF FILING

To:    John S. Letchinger
        Martin D. Snyder
        Wildman, Harrold, Allen & Dixon LLP
        225 West Wacker Drive
        Chicago, Illinois  60606-1229

    **PLEASE TAKE NOTICE** that on **May 30, 2008,** I caused to be filed *electronically,* Defendants' Reply Brief in Support of Their Motion to Dismiss Count I of Plaintiffs' First Amended Complaint.

                                    Respectfully submitted,

                                    /s/ Martin B. Carroll

Martin B. Carroll
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
321 North Clark Street, Suite 3300
Chicago, Illinois  60610
(312) 224-1200

William V. Hearnburg, Jr.
**SMITH, GAMBRELL & RUSSELL, LLP**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia  30309
(404) 815-3679

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2008 I caused a true and correct copy of **Defendants' Reply Brief in Support of Their Motion to Dismiss Count I of Plaintiffs' First Amended Complaint** to be served upon the attorneys listed above via ECF electronic delivery

                                    /s/ Martin B. Carroll

Martin B. Carroll
**FOX, HEFTER, SWIBEL, LEVIN & CARROLL, LLP**
321 North Clark Street, Suite 3300
Chicago, IL 60610
(312) 224-1200

William V. Hearnburg, Jr.
**SMITH, GAMBRELL & RUSSELL, LLP**
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 815-3679